UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS RUIZ<br><br>v.          Plaintiff(s)<br><br>ANDERSEN WINDOWS, INC., ANDERSEN DISTRIBUTION, INC.,<br><br>Defendant(s). | CASE NUMBER:<br><br>CASE NO: 5:21-cv-01668-MCS-KK<br><br>**NOTICE OF<br>MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  Sept. 28, 2022    at  9:30   ☑ a.m. / ☐ p.m.

LOCATION:  Remotely (via ZOOM link to be provided).

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:**  Jan. 27, 2022

**Panel Mediator:** Michael R. Diliberto
**Address:** 915 Wilshire Blvd #1900
Los Angeles, CA 90017

**Phone:** (213) 683-1600