Gary R. Carlin, Esq. (SBN 44945)
  gary@garycarlinlaw.com
Lawrence M. Boesch, Esq. (SBN 114658)
  lawrence@garycarlinlaw.com
**LAW OFFICE OF GARY R. CARLIN, APC**
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656
Attorneys for Plaintiff
JUAN CARLOS RUIZ

Alaya B. Meyers, Bar No. 199551 mailto:ameyers@littler.com
Ian G. Robertson, Bar No. 283151 mailto:irobertson@littler.com
Arya A. Zare, Bar No. 320653 mailto:azare@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone:  949.705.3000
Fax No.:   949.724.1201
Attorneys for Defendants ANDERSEN
WINDOWS, INC. AND ANDERSEN
DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS RUIZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDERSEN WINDOWS, INC., et al.<br><br>          Defendants. | **CASE NO:** 5:21-cv-01668-MCS-KK<br>*[Hon. Judge Mark C. Scarsi,*<br>*Courtroom 7C;*<br>*Magistrate Judge Kenly Kiya Kato]*<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF ONLY AND WITHOUT PREJUDICE AS TO THE ALLEGED AGGRIEVED EMPLOYEES FOR PLAINTIFF'S REPRESENTATIVE PAGA CLAIMS; SUPPORTING DECLARATION**<br><br>**Trial Date: Jan. 3, 2023** |

TO THE HONORABLE MARK C. SCARSI AND HIS COURT CLERK:

Plaintiff JUAN CARLOS RUIZ ("Plaintiff") and Defendants ANDERSEN WINDOWS, INC. and ANDERSEN DISTRIBUTION, INC. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following stipulation:

WHEREAS, on June 3, 2021, Plaintiff filed a Complaint against Defendants, entitled *Juan Carlos Ruiz v. Andersen Windows, Inc., et al.,* Superior Court of California, County of San Bernardino, Case No. CIVDS2115588, which was never served on Defendants;

WHEREAS, on August 18, 2021, Plaintiff filed a First Amended Complaint against Defendants, alleging claims for (1) Violation of Labor C. §§ 1102.5, 6310, 6400 *et seq.* and 232.5; Wrongful Termination in Violation of Public Policy, (2) Violation of Labor C. §§ 1102.5, 6310 and 232.5, and Retaliation, (3) Discrimination based on Medical Condition or Physical Disability, (4) Racial Discrimination, (5) Wrongful Termination (Harassment; Hostile Work Environment), (6) Labor Code Violations (Denial of Premiums for Rest Breaks and Meal Breaks), (7) Labor Code Violations (Failure to Pay Wages on Time, Failure to Pay Wages Timely on Termination, Failure to Provide Accurate Wage Statements, Failure to Pay Overtime Wages, Failure to Provide Timely Wage Statements and Failure to Maintain Accurate Payroll Records) and (8) Violation of Labor Code §§ 2698 *et seq.* (*i.e.,* PAGA) (the "FAC");

WHEREAS, Plaintiff alleges in the FAC that he seeks civil penalties under PAGA, on behalf of "aggrieved employees," in his eighth cause of action for the alleged Labor Code violations set forth in the FAC;

WHEREAS, on October 1, 2021, Defendants filed their Answer to Plaintiff's FAC;

WHEREAS, on October 1, 2021, Defendants removed this Action to the United States District Court Central District of California;

1   WHEREAS, the Parties have been engaged in negotiations over informal
2   resolution of this matter;

3   WHEREAS, the Parties have agreed to settle all individual claims of Plaintiff
4   **only.** The Parties have executed a CONFIDENTIAL SETTLEMENT
5   AGREEMENT AND RELEASE OF ALL CLAIMS on April 26, 2022;

6   WHEREAS, Plaintiff and Defendants come now to request dismissal of
7   Plaintiff's individual claims with prejudice as to Plaintiff **only**. As to the request for
8   dismissal of all claims of other persons (to the extent any claims exist) under the
9   Private Attorneys General Act (PAGA), Labor Code §§2698- 2699, this is
10   requested to be entered without prejudice to the claims of any alleged aggrieved
11   employee;

12   WHEREAS, the Declaration of Lawrence M. Boesch is filed concurrently in
13   support of Plaintiff's request for dismissal of the individual and representative
14   PAGA claims, a copy of which is also attached hereto as **Exhibit A**;

15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1    THEREFORE, the parties hereby stipulate as follows:

2    1.    Plaintiff's individual claims in the FAC be dismissed with prejudice;

3    2.    Plaintiff's representative PAGA claim in the FAC be dismissed

4    without prejudice as to any aggrieved employees.

5

6

7    Dated: May 11, 2022              LAW OFFICES OF GARY R. CARLIN, APC

8

9                                     /s/   Lawrence M. Boesch
10                                    Gary R. Carlin, Esq.
                                      Lawrence M. Boesch, Esq.
11                                    *Attorneys for Plaintiff* JUAN CARLOS RUIZ

12

13

14   Dated: May 11, 2022              LITTLER MENDELSON P.C.

15

16                                    /s/   Arya A. Zare
                                      Alaya B. Meyers, Esq.
17                                    Ian G. Robertson, Esq.
18                                    Arya A. Zare, Esq.
                                      Attorneys for Defendants
19                                    ANDERSEN WINDOWS, INC. and
                                      ANDERSEN DISTRIBUTION, INC.
20

21                    **ATTESTATION FOR SIGNATURES**
22
23       I, Lawrence M. Boesch, am the ECF user whose user ID and password authorized the

     filing of this document. Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories to this
24
     document have concurred and authorized this filing.
25

26   Dated:  May 11, 2022                  */s/ Lawrence M. Boesch*
                                           Lawrence M. Boesch
27

28

## DECLARATION OF LAWRENCE M. BOESCH

1.　　I am an attorney duly licensed to practice before the Courts of the U.S. District Court, Central District of California. I am an associate with the Law Office of Gary R. Carlin, APC, attorneys of record for Plaintiff Juan Carlos Ruiz ("Plaintiff"). I have personal knowledge of the matters set forth herein and would and could testify thereto if called as a witness herein.

2.　　On June 3, 2021, Plaintiff filed a Complaint against Defendants, entitled *Juan Carlos Ruiz v. Andersen Windows, Inc., et al.,* Superior Court of California, County of San Bernardino, Case No. CIVDS2115588.

3.　　On August 18, 2021, Plaintiff filed a First Amended Complaint against Defendants, alleging claims for (1) Violation of Labor C. §§ 1102.5, 6310, 6400 et seq. and 232.5; Wrongful Termination in Violation of Public Policy, (2) Violation of Labor C. §§ 1102.5, 6310 and 232.5, and Retaliation, (3) Discrimination based on Medical Condition or Physical Disability, (4) Racial Discrimination, (5) Wrongful Termination (Harassment; Hostile Work Environment), (6) Labor Code Violations (Denial of Premiums for Rest Breaks and Meal Breaks), (7) Labor Code Violations (Failure to Pay Wages on Time, Failure to Pay Wages Timely on Termination, Failure to Provide Accurate Wage Statements, Failure to Pay Overtime Wages, Failure to Provide Timely Wage Statements and Failure to Maintain Accurate Payroll Records) and (8) Violation of Labor Code §§ 2698 et seq. (i.e., PAGA) (the "FAC").

4.　　The FAC and its summons were served on Defendants Andersen Windows, Inc., a Minnesota corporation formerly known as Andersen Corporation, on Andersen Windows and Doors, a Minnesota Business Organization Form Unknown, and on Andersen Distribution, Inc., a Delaware corporation with Principal Place of Business in Minnesota (collectively, "the Defendants"), all on Sept. 3, 2021 by personal service through John Montijo, authorized agent, at 330 N. Brand Blvd., #700, Glendale, CA 91203

5.     The parties were able to reach a settlement on Plaintiff's individual claims, wherein they executed a CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS, on April 26, 2022.

6.     I submit this Declaration pursuant to Labor Code § 2698 *et seq*., in order to seek court approval of the parties' Request for Dismissal of Plaintiff's individual claims with prejudice, as well as Plaintiff's representative claims under the Private Attorneys General Act (PAGA), Labor Code §§2698-2699 without prejudice. This declaration is in support of the parties' Joint Stipulation of Dismissal With Prejudice as to Plaintiff Only and Without Prejudice as to the Alleged Aggrieved Employees for Plaintiff's Representative PAGA Claims ("Stipulation").

7.     Good cause exists for the Court to grant this request and issue an order on the Stipulation. The parties have agreed to settle this matter individually in lieu of pursuing claims on a representative basis. Further, dismissal of the PAGA claims will not prejudice any individual, given that the Parties seek dismissal of the representative PAGA claims without prejudice.

8.     Pursuant to the Parties' settlement agreement, Plaintiff has agreed to request that the Court dismiss all representative claims under PAGA against Defendants without prejudice and to dismiss his individual claims against Defendant with prejudice, in exchange for consideration to have been received prior to the submission of this request.

9.     As such, the parties are jointly requesting that the Court dismiss the PAGA representative claims without prejudice based on this declaration and the concurrently filed stipulation. Neither Plaintiff nor Plaintiff's counsel have received any compensation in order to request dismissal of the PAGA representative allegations. Plaintiff's counsel is not receiving any monetary consideration for the dismissal of the representative claims against Defendants in this action. Plaintiff's counsel is only receiving attorneys' fees and costs in consideration for obtaining

Plaintiff a fair recovery on Plaintiff's own individual claims. Plaintiff is releasing all claims that Plaintiff may have against Defendants but is not releasing claims on behalf of any other individual in any fashion.

    10.    Therefore, I respectfully request that the Court grant the parties' Stipulation.

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed at Long Beach, California on May 11, 2022

/s/    _Lawrence M. Boesch_
Lawrence M. Boesch, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

Gary R. Carlin, Esq. (SBN 44945)
   *gary@garycarlinlaw.com*
Lawrence M. Boesch, Esq. (SBN 114658)
   *lawrence@garycarlinlaw.com*
**LAW OFFICE OF GARY R. CARLIN, APC**
301 East Ocean Blvd., Suite 1550
Long Beach, California 90802
Telephone: (562) 432-8933
Facsimile: (562) 435-1656
Attorneys for Plaintiff
JUAN CARLOS RUIZ

Alaya B. Meyers, Bar No. 199551 mailto:ameyers@littler.com
Ian G. Robertson, Bar No. 283151 mailto:irobertson@littler.com
Arya A. Zare, Bar No. 320653 mailto:azare@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone:  949.705.3000
Fax No.:   949.724.1201
Attorneys for Defendants ANDERSEN
WINDOWS, INC. AND ANDERSEN
DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUAN CARLOS RUIZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDERSEN WINDOWS, INC., et al.<br><br>          Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | **CASE NO:** 5:21-cv-01668-MCS-KK<br>*[Hon. Judge Mark C. Scarsi,*<br>*Courtroom 7C;*<br>*Magistrate Judge Kenly Kiya Kato]*<br><br>**[PROPOSED] ORDER GRANTING**<br>**JOINT STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE**<br><br>**Trial Date: Jan. 3, 2023** |

1

**[PROPOSED] ORDER**

2        Based on the parties' Stipulation and the Declaration of Lawrence M. Boesch,

3  and good cause having been shown therefore, it is ORDERED that:

4        Plaintiff's individual claims in the First Amended Complaint ("FAC") are

5  hereby dismissed with prejudice, and the representative Private Attorney Generals

6  Act ("PAGA") claims of the aggrieved employees in the FAC are hereby dismissed

7  without prejudice, with each side to bear its own attorneys' fees and costs.

8

9

10  Dated:_____, 2022

11

12                            _____

13                            HONORABLE MARK C. SCARSI

                               UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28