JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS RUIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDERSEN WINDOWS, INC., et al.<br><br>    Defendants. | **CASE NO:** 5:21-cv-01668-MCS-KK<br>*[Hon. Judge Mark C. Scarsi, Courtroom 7C;*<br>*Magistrate Judge Kenly Kiya Kato]*<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (ECF No. 25)**<br><br>**Trial Date: Jan. 3, 2023** |

[PROPOSED] JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE         1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based on the parties' Stipulation and the Declaration of Lawrence M. |
| 3 | Boesch, and good cause having been shown therefor, it is ORDERED that: |
| 4 | Plaintiff's individual claims in the First Amended Complaint ("FAC") are |
| 5 | hereby dismissed with prejudice, and the representative Private Attorneys General |
| 6 | Act ("PAGA") claims of the aggrieved employees in the FAC are hereby dismissed |
| 7 | without prejudice, with each side to bear its own attorneys' fees and costs. |

Dated: May 18, 2022

*/s/ Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE